FILED
CLERK, U.S. DISTRICT COURT

04/10/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 5:24-mj-00161 |
|  | 18-CR-02796-CAB |
| Marinez, Juan Jose | **DECLARATION RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: The Honorable Cathy Ann Bencivengo
in the Southern District of California on 10/11/2023
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 08/18/2023
in violation of Title 18 U.S.C., Section(s) 3583
to wit: _____

A warrant for defendant's arrest was issued by: John Morril

Bond of $ No Bail was ☐ set / ☐ recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/10/24
              Date

*Gustavo Gurrola*
Signature of Agent

Gustavo Gurrola
Print Name of Agent

U.S. Marshal Service
Agency

DUSM
Title

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT