Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.



**FILED**
CLERK, U.S. DISTRICT COURT
04/10/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>PLAINTIFF<br>V.<br>Martinez, Juan Jose<br>USMS# 69646-298<br>DEFENDANT | CASE NUMBER:<br>5:24-mj-00161    18-CR-02796-CAB<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/10/2024  at 0800  ☒ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   Title 18 U.S.C. 3583 Probation Violation

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1982

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: Gustavo Gurrola   (please print)

12. Office Phone Number: (951) 276-6120    13. Agency: U.S. Marshals

14. Signature: *Gustavo Gurrola*    15. Date: 04/10/2024

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION