```
 1  CUAUHTEMOC ORTEGA (Bar No. 257443)
    Federal Public Defender
 2                        (Bar No.     )
    (E-Mail:         )
 3  Deputy Federal Public Defender
    321 East 2nd Street
 4  Los Angeles, California 90012-4202
    Telephone: (213) 894-2854
 5  Facsimile: (213) 894-0081

 6  Attorneys for Defendant
```

FILED
CLERK, U.S. DISTRICT COURT
APR 10 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Juan Jose Martinez<br>Defendant. | Case No. 5:24-mj-161<br><br>ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS |

I, the above defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or contact me seeking waiver of any rights, unless my counsel is present.

X _____        O'Connor
(Defendant's signature)              (Attorney's name printed)

Date: 4/10/24  Time: 1:49           _____
                                     (Attorney's name printed)